United States Probation Office
for the District of Utah

# Request for International Travel

Name of Offender: **Spencer D. Plummer**  Docket Number: **2:14-CR-00108-001-TS**

Name of Sentencing Judicial Officer:  **Honorable Ancer L. Haggerty**
**U.S. District Judge, District of Oregon**

Name of Assigned Judicial Officer:  **Honorable Ted Stewart**
**Senior U.S. District Judge, District of Utah**
(Transfer of Jurisdiction accepted on February 26, 2014)

Date of Original Sentence: **July 29, 2013**

Original Offense:  **Conspiracy to Defraud the U.S. by Impairing and Impeding the Internal Revenue Service**

Original Sentence:  **36 Months Probation**

Type of Supervision:  **Probation**  Supervision Began: **July 29, 2013**

## SUPERVISION SUMMARY

Mr. Plummer is requesting permission to travel to Bangkok, Thailand, to visit his brother and sister-in-law who are serving as missionaries, between April 15, 2015 and April 27, 2015. Mr. Plummer had previously been approved travel to Bangkok, however it was for a different travel period. Due to circumstances beyond his control he is requesting a modification to the travel dates previously approved, as reflected above.

Mr. Plummer has been fully compliant and cooperative with the conditions of his supervision. He has satisfied his court-ordered financial obligations, has maintained employment, a stable residence and monthly contact with the probation office. During unannounced home visits, no evidence of criminal activity has been observed. Based on these factors, the probation office has no objection to Mr. Plummer's travel request.

If the Court desires more information or another course of action, please contact me at 801-535-2764.

I declare under penalty of perjury that the foregoing is true and correct.

Shelley Mangum
U.S. Probation Officer
Date: April 10, 2015

Spencer D. Plummer
2:14-CR-00108-001-TS

**THE COURT:**
[✓]  Approves the request noted above
[ ]  Denies the request noted above
[ ]  Other

_____
Honorable Ted Stewart
Senior U.S. District Judge

Date: April 10, 2015