United States Probation Office
for the District of Utah

# Request for International Travel

FILED
U.S. DISTRICT COURT
2015 APR 21  A 9: 56
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Name of Offender: **Spencer D. Plummer**  Docket Number: **2:14-CR-00108-001-TS**

Name of Sentencing Judicial Officer:   Honorable Ancer L. Haggerty
U.S. District Judge, District of Oregon

Name of Assigned Judicial Officer:   Honorable Ted Stewart
Senior U.S. District Judge, District of Utah
(Transfer of Jurisdiction accepted on February 26, 2014)

Date of Original Sentence: **July 29, 2013**

Original Offense:   **Conspiracy to Defraud the U.S. by Impairing and Impeding the Internal Revenue Service**

Original Sentence:   **36 Months Probation**

Type of Supervision:   **Probation**         Supervision Began: **July 29, 2013**

## SUPERVISION SUMMARY

Mr. Plummer is requesting permission to travel to Cancun, Mexico, for business and family vacation, between approximately June 13, 2015 and June 20, 2015.

Mr. Plummer has been fully compliant and cooperative with the conditions of his supervision. He has satisfied his court-ordered financial obligations, has maintained employment, a stable residence and monthly contact with the probation office. During unannounced home visits, no evidence of criminal activity has been observed. Based on these factors, the probation office has no objection to Mr. Plummer's travel request.

If the Court desires more information or another course of action, please contact me at 801-535-2764.

I declare under penalty of perjury that the foregoing is true and correct.

Shelley Mangum
U.S. Probation Officer
Date: April 15, 2015

**THE COURT:**
[X] Approves the request noted above
[ ] Denies the request noted above
[ ] Other

_____
Honorable Ted Stewart
Senior U.S. District Judge

Date: 4/20/15